UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY DEAN CHRISS,<br><br>                             Plaintiff,<br><br>-against-<br><br>COUNTY OF ALBANY, NEW YORK; ALBANY COUNTY CORRECTIONAL FACILITY; ALBANY COUNTY SHERIFF'S DEPARTMENT; ALBANY COUNTY SHERIFF individually and as agent, servant and /or employee of Albany County Sheriff's Department, OFFICER M. WALCZAK; individually and as agent, servant and /or employee of Albany County Sheriff's Department; JOHN DOE, RICHARD ROE, and JOHN DOE #2, sheriff's Deputies/ Correction Officers, and/or medical or general personnel of Albany County working at the Albany County Correctional Facility the identity and number of whom is presently unknown to Plaintiff, CORRECTIONAL MEDICAL SERVICES, INC; MICHAEL A. SALZMAN, M.D., individually and as an employee of Correctional Medical Services, Inc.; TOWN OF COLONIE; COLONIE POLICE DEPARTMENT; SAMARITAN HOSPITAL OF TROY, NEW YORK; NORTHEAST HEALTH, INC.; KATRINA KARDOS, M.D.; JASON E. DAVIS,<br><br>                            Defendants. | **STIPULATION OF**<br>**DISCONTINUANCE**<br><br>Case No. 08-CV-678<br><br><br><br>NPM/RFT |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other.

Dated: February 10, 2010

_[signature]_ 4/2/10

APRIL M. WILSON, ESQ.
Bar Roll No.: 105797
Dreyer Boyajian LLP
Attorneys for Plaintiff Chriss
75 Columbia Street
Albany, NY 12210

_[signature]_
EDWARD J. TOBIN, ESQ.
Maynard, O'Connor, Smith & Catalinotto, LLP
*Attorneys for Defendants Town of Colonie, Colonie Police Department*
6 Tower Place
Albany, NY 12203

_[signature]_
SHAWN BROUSSEAU, ESQ.
Napierski, Vandenburgh & Napierski, LLP
*Attorneys for Defendants County of Albany, Albany County Correctional Facility, Albany County Sheriff's Department, Albany County Sheriff, Officer M. Walczak, John Doe, Richard Roe, and John Doe #2*
296 Washington Avenue Extension
Albany, NY 12203

_[signature]_
KELLY MONROE ESQ.
Thuillez, Ford, Gold, Butler & Young, LLP
*Attorneys for Defendants Correctional Medical Services and Michael A. Salzman, M.D.*
20 Corporate Woods Boulevard
Albany, NY 12211-2396

_[signature]_
KATHLEEN M. RYAN, ESQ.
D'Agostino, Krackeler, Baynes & Maguire, P.C.
*Attorneys for Defendants Northeast Health, Inc. and Samaritan Hospital of Troy*
The Sage Mansion
16 Sage Estate
Menands, NY 12204

_[signature]_
ROBIN BARTLETT PHELAN, ESQ.
Phelan, Phelan & Danek, LLP
*Attorneys for Defendant Katrina Kardos, M.D.*
302 Washington Avenue Extension
Albany, NY 12203-7306

SO ORDERED,

~~_____~~
Hon. Randolph F. Treece

IT IS SO ORDERED:

_[signature]_
Glenn T. Suddaby
U.S. District Judge
Dated: 4/12/10